Stanley Moryl Jr
554 Congress
San Antonio, TX 78214
210-907-4531
Defendant in Pro Se

RECEIVED
JAN - 6 2020
CLERK U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

SA20CA0009 DAE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SANDRA ZAMORA | ) Case No.: |
| Plaintiff, | ) NOTICE OF REMOVAL |
| vs. | ) [28 U.S.C. 1441, 14446 (6)] |
| STANLEY J MORYL JR | ) FROM THE COUNTY COURT OF BEXAR COUNTY |
| Defendant. | ) Case No.:12E1904102 |

Defendant alleges:

## PARTIES AND COUNSEL

1. Defendant, STANLEY J MORYL JR, and Plaintiff, SANDRA ZAMORA are those parties in a Texas County Court filed in the Bexar County Court of Bexar County, concerning real property located at , 554 Congress, San Antonio, TX 78214 [hereinafter referred to as "premises"], within this court's jurisdiction.

2. Defendant, STANLEY J MORYL JR are the tenants of the premises, and participants in this litigation.

3. Wherefore, Defendant, is a bona fide tenant.

4. Plaintiff is NOT represented by counsel in the County Court action.

///

///

## FEDERAL QUESTION

1

5. Plaintiff has actually filed a Federal Question Action in County Court, for which the County Court Action is removed under 28 U.S.C. 1441 *et seq.* **Hunter v Philip Morris**, USA, 582 F. 3d 1039, 1042-43 (9th Cir. 2009); 28 U.S.C. 1331.

6. The Complaint in this action was filed in County Court as artful pleading, entitled by the County Court of Bexar as "Eviction Citation". Pleadings intentionally fails to allege compliance with the Civil Rights Act of 1968.

7. A well-placed Complaint is shown at least where the Plaintiff's right to relief necessarily depends on resolution of a substantial question of Federal Law. [*Armstrong v N. Mariana Islands*, 576 F. 3d 950, 954-55 (9th Cir. 2009); *Empire Healthcare Assurance v. McVeigh* 547 US 677, 687-690 (2006); *Franchise Tax Bd v. Const. Laborers Vacation Trust for S. Cal.* 463 US 1, 12, 27-28 (1983)].

8. Even where the cause of action is based on state law, the District Court has subject matter jurisdiction over the case if (1) the federal issues are essential to the claims, (2) there is a substantial federal issues in resolving such issues, and (3) a Federal forum may entertain the State Law claims without disturbing the balance of Federal and State judicial responsibilities. [*Grable & Sons Metal Prods v. Darue Engr & Mfg.* 545 US 308, 313, 315 (2005)]. Here, the rights of the Defendants are clearly at stake.

9. To be a Federal Cause of Action, there must also be a private right of action. [*Merrill Dow Pharms. Inc. v. Thompson* 478 US 804, 817 (1986)]. It can be either express or implicit. [*Diaz v. Davis* 549 Fed 3d 1223, 1229-1230 (9th Cir. 2008)]. The Court must look to the "rights creating" language and statutory structure within which it is contained. [*Lamie v. Unites States Trustee* 540 US 526, 534 (2004)]. The Court must assume that Congress did not intend to create a right without a remedy. [First

*Pacific Bancorp, Inc. v. Helfer*, 224 F. 3d 1117, 1123, 1125-26, (9th Cir. 2000)].

10. Defendant is a members of a protected class of whom the statue, the "Civil Rights Act of 1968" was created.

11. The Federal Cause of Action in ejectment is the basis for this action, irrespective of artful pleading, such that action could have been brought in Federal District Court.

## REMOVED ACTION

12. The Notice of Removal is timely under Section 1446 (b) of Title 28 of the United States Code because it is filed within 30 days of discovering that the case was ripe for removal.

13. A true and correct copy of the County Court Complaint of the action, Defendant's Pre-Judgment Claim of Right to Possession and related documents, sought to be removed to this Court are attached hereto and incorporated herein by reference.

14. Defendant is a bona fide residential tenant and entitled to the protection of the Federal Court, and entitled to remove this action to Federal Court.

15. Under Texas Code of Civil Procedure the County Court hereby loses jurisdiction under the Federal Rules of Civil Procedure and does not recover jurisdiction, if at all, until and unless this action is remanded to the County Court, after which jurisdiction will again attach as described in that statute.

Dated: January 4, 2020

*(signature)*

Stanley Moryl Jr
554 Congress
San Antonio, TX 78214
210-907-4531
Defendant in Pro Se

```
Stanley Moryl Jr
554 Congress
San Antonio, TX 78214
210-907-4531
Defendant in Pro Se
```

## COUNTY COURT OF BEXAR COUNTY
## STATE OF TEXAS

| | |
|---|---|
| SANDRA ZAMORA | Case No.:12E1904102 |
| Plaintiff, | **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| STANLEY J MORYL JR | |
| Defendant. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT, AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that defendant, STANLEY J MORYL JR, today filed in The Office of Clerk of the United States District Court for the Western District of Texas, a Notice and Petition removing the above-captioned pending action to The United States District Court.

**FEDERAL CASE #**_____

Pursuant to 28 U. S.C 1446 (d), the filing of The Petition for Removal with The Clerk of the District Court together with giving of this notice "**shall effect the removal and The State Court shall proceed no further unless and until the case is remanded**" by The United States Court for the Western District of Texas.

1

Dated: January 4, 2020

*[signature]*
Stanley Moryl Jr
554 Congress
San Antonio, TX 78214
210-907-4531
Defendant in Pro Se

Case 5:20-cv-00009-DAE-HJB   Document 1-1   Filed 01/06/20   Page 7 of 8

**CONSTABLE**
STANLEY J MORYL JR
554 CONGRESS
SAN ANTONIO TEXAS 78214

Cause No. 12E1904102

In the JUSTICE COURT of
Bexar County, Texas
BEXAR PRECINCT 1, Place 2
**AMENDED EVICTION CITATION**
SANDRA ZAMORA

VS.
STANLEY J MORYL JR

Came to hand _____ day of _____ A.D. 20____ at ____ o'clock ____ M., and executed on the ____ day of _____ 20____ o'clock ____ M., by delivering to: _____

in person a true copy of this citation.

Ruben C. Tejeda
Bexar County Constable Precinct 1

**DEPUTY** _____ **BADGE** _____

Peace Officer Verification (if not served by peace officer)
Sworn to this ____ day of _____ 20____

_____ Notary Public, State of Texas

SERVE ON OR BEFORE: 12/24/2019

DATE STAMP AND TIME: 12/18/2019 10:05:08 AM

| Date: | Time: | Officer's Remarks |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Delivered this 19 day of _____ 20___
BY _____
Deputy

Server

CAUSE NO. <u>12E1904102</u>



SANDRA ZAMORA
Plaintiff(s)
VS.
STANLEY J MORYL JR
Defendant(s)

In the Justice Court

BEXAR PRECINCT 1, Place 2

Bexar County, Texas

## JUDGMENT
### (EVICTION/ FE&D)

On this day came to be heard the above captioned cause. Plaintiff(s) announced ready. The Court finds that Defendant(s) have been served with citation in accordance with the Rules of Civil Procedure to appear, and have

☑ Appeared   or   ☐ Made Default

The Court, after having examined the pleadings, and heard the evidence and argument of counsel on all matters in controversy as well as of law, finds that the facts alleged in Plaintiff's Complaint have been proven by full and satisfactory evidence, and further finds that Plaintiff(s) properly terminated the lease or tenancy at issue in this case, and therefore, Defendants(s) have forcibly detained the premises described in Plaintiff's Complaint, and that Plaintiff(s) should recover damages for the reasonable rental value of the property, plus attorney fees (if any), plus court costs.

The Court determines that Defendant's monthly rental is $___0.00___, of which $___0.00___ is paid by a government agency, and the remainder is paid by Defendant. If this is a residential eviction case based on non-payment of rent, monthly rent in the same proportional amounts stated above shall be paid each rental pay period during the pendency of any appeal.

**IT IS THEREFORE ORDERED AND DECREED:**

Plaintiff(s) have restitution of the premises described in Plaintiff's Complaint, and have judgment for rent in the amount of $___1,400.00___, plus court costs, plus attorney fees in the amount of $_____, and interest at the highest rate allowed by law, for all which let execution issue. All writs, including a Writ of Possession, shall issue in enforcement of this judgment.

This judgment finally disposes of all parties and all claims and is appealable.

Signed this ___30TH___ day of ___DECEMBER___, 20__19__

By: _____
JUDGE CIRO D RODRIGUEZ
Justice Court BEXAR PRECINCT 1, Place 2
3505 Pleasanton Rd
San Antonio, TX 78221-2734
Phone: 210-335-4500

Defendant's appeal bond is set at $___1,400.00___

Original

DOC0348